NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRED M. STOTT, JR.,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )      Case No. 2D19-621
                                             )
PAUL RICHARD SHULL,                          )
                                             )
            Appellee.                        )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Cynthia J. Newton, Judge.

Alexander T. Lewis of Paul Castagliola,
P.A., St. Petersburg, for Appellant.

Christopher S. Furlong of Bacon, Bacon &
Furlong, P.A., St. Petersburg, for Appellee.

PER CURIAM.

             Affirmed.

NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.